M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Seron K. Smith  Easterling Corr. Fac.
Full name and prison name of Plaintiff(s)

2023 JUN -9 A 10: 41

TREY GRANDER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

v.

CIVIL ACTION NO. _____
(To be supplied by Clerk of U.S. District Court)

Lt. Jones  Shift Commander
Sgt. Lovejoy

2:23-CV-373-ECM-SMD

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) ~~[scribbled out]~~
         Seron K. Smith

         Defendant(s) Mohammed Jenkins, et al

      2. Court (if federal court, name the district; if state court, name the county)

         Northern District

3. Docket number **2:20-CV-810-ACA-GMB**

4. Name of judge to whom case was assigned **GMB**

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **Settlement**

6. Approximate date of filing lawsuit **Jan 2021**

7. Approximate date of disposition **May 2023**

II. PLACE OF PRESENT CONFINEMENT **Elmore Correctional Facility**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Easterling Correctional Facility**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lt. Jones | AL. D.O.C. |
| 2. | Sgt. Lovejoy | AL. D.O.C. |
| 3. | Cedric Moore | AL. D.O.C. |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **April 29, 2023**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Cruel & Unusual Punishment**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Around 6pm, April 29, 2023, inmate Cedric Moore was literally thrown out of G2 dorm, because he was wielding a knife around, making threats to innocent people, so entire dorm removed him. Lt. Jones and Sgt. Lovejoy came and escorted him to Ddorm (shift commanders office), removed knife and released him to pop. ~~GROUND TWO~~ He in turn came in G1 dorm and for No reason stabbed me in my left upper arm. The next Tuesday same inmate killed another innocent victim.

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

Seron Smith #183558
3520 Marrion Spillway Rd.
Elmore, AL. 36025

Legal Mail
Elmore CF
Law Library

MONTGOMERY AL 360
7 JUN 2023
US POSTAGE IMI PITNEY BOWES
ZIP 36025
02 7H
0006102248    $ 000.60⁰
JUN 06 2023

U.S. District Court For The
Middle District of Alabama
(1) ONE Church St.
Montgomery, AL. 36101